## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

Greater Houston Convention &Vistors
Bureau

v.                                    Case Number: 4:16–cv–00493

George Comits, et al.

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Nancy F. Atlas

**PLACE:**     Courtroom 9F
              United States District Court
              515 Rusk Avenue
              Houston, Texas 77002

**DATE:** 4/25/2016

**TIME:** 03:00 PM

**TYPE OF PROCEEDING:** Scheduling Conference
Motion for Temporary Restraining Order – #9
Motion for Preliminary Injunction – #9

Date:   April 25, 2016

David J. Bradley, Clerk