United States District Court
Southern District of Texas

**ENTERED**
April 26, 2016
David J. Bradley, Clerk

# HEARING MINUTES AND ORDER

**Cause Number**:  16CV493

**Style**:  Greater Houston Convention & Visitors Bureau v. George Comits, *et al.,*

**Appearances**:

| **Counsel**: | **Representing**: |
|---|---|
| Charles Baker | Plaintiff |
| Michael Hawash/Jeremy Gaston | Defendant |

**Date**: April 25, 2016              **ERO**:
**Time**: 3:05 p.m. - 4:00 p.m.       **Interpreter**:

**At the hearing the Court made the following rulings**:

Conference held on TRO and preliminary injunction Application. Oral argument heard.

TRO hearing set for **8:00 a.m.** on **Wednesday, April 27, 2016**.

**SIGNED** at Houston, Texas this 25th day of April, 2016.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE