

DX 1A

Ticket holder acknowledges all risks incidental to the event for which this ticket is issued, whether occurring before, during or after the event. Upon admission, ticket holder agrees to comply with all applicable laws, by-laws, regulations and venue rules. Failure to comply with venue rules may result in ejection from the event. Ejection cancels this ticket and forfeits any claim to a refund. This ticket can not be replaced if lost, stolen, damaged or destroyed. Lost and/or stolen tickets will not be honored. Counterfeit tickets will not be honored. Any claim for canceled events is limited to a refund of the face value of the ticket, which is the value displayed on the ticket, and does not include service and/or delivery fees. Claims must be filed with the event organizer no later than 14 days after the event was to occur. All sales are final - NO REFUNDS OR EXCHANGES.

showclix
1-888-71-TICKETS


