Dft. 1B



Dft. 1B

