United States District Court
Southern District of Texas
**ENTERED**
December 16, 2016
David J. Bradley, Clerk

# HEARING MINUTES AND ORDER

**Cause Number**:  16CV493

**Style**:  Greater Houston Convention & Visitors Bureau v. George Comits

**Appearances**:

| Counsel: | Representing: |
|---|---|
| Charles Baker | Plaintiff |
| Michael Hawash | Defendant |

**Date:** December 15, 2016     **ERO**:  Yes
**Time**: 2:13 p.m. - 2:39 p.m.     **Interpreter:**

**At the hearing the Court made the following rulings**:

Status conference held.

Unopposed Memorandum for Michael A. Hawash to Withdraw as Attorney by George Comits, Mythik Events & Promotions LLC [Doc. # 20] is DENIED in accordance with the record in open court.

**Scheduling order as follow:**
Formal discovery due **December, 2016,** responses due thirty (30) days thereafter.
Initial disclosures due **January 6, 2017.**
Depositions to be set in **February, 2017.**
Motion for Summary Judgment due **March 3, 2017.**
Cross Motion for Summary Judgment and response to Motion for Summary Judgment due **March 24, 2017.**
Response to Cross Motion for Summary Judgment and Reply to Motion for Summary Judgment due **April 14, 2017.**
Reply to Cross Motion for Summary Judgment due **April 25, 2017.**
Status conference/Motion hearing set for **May 31, 2017** at **10:30 a.m.**

**SIGNED** at Houston, Texas this 15th day of December, 2016

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE